RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Joseph Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JOSEPH ALVAREZ<br><br>*Defendant.* | NO. 1:17-CR-00041-DAD-BAM<br><br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(3);<br>[~~PROPOSED~~] ORDER |
|---|---|

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant JOSEPH ALVAREZ ("Mr. Alvarez") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Alvarez hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Alvarez requests that the Court allow his interests to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Alvarez agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed noticed to Mr. Alvarez of the requirement of his personal presence.

DATED:  5/26/2017                              /s/ Joseph Alvarez
                                               JOSEPH ALVAREZ
                                               Defendant
                                               *Original signature retained by*
                                                *attorney Richard M. Oberto*


DATED:  5/26/2017                              /s/ Richard M. Oberto
                                               RICHARD M. OBERTO
                                               Attorney for Defendant,
                                               Joseph Alvarez
                                               *Original signature retained by*
                                                *attorney Richard M. Oberto*

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the personal presence of Defendant JOSEPH ALVAREZ is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated:  **May 31, 2017**                       /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE