RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Joseph Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:17-CR-00041-DAD-BAM |
|---|---|
| *Plaintiff,* | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JOSEPH ALVAREZ, | |
| *Defendant.* | |

To the above entitled District Court and the attorneys for the parties:

    Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant JOSEPH ALVAREZ ("Mr. Alvarez") from the currently scheduled date of July 9, 2018, to the new date of September 17, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds that both parties agree the case will not be ready for a sentencing hearing until the newly stipulated date. Mr. Alvarez is going on six months in his residential treatment program at the Fresno Rescue Mission. The standard course of treatment, if permitted to run its course, will involve six more months of residential treatment and, following that, six months of treatment in a transitional living facility associated with the Fresno Rescue Mission.

    The parties agree that the continuance here is reasonable, necessary, and in the interests of justice.

    For the reasons stated above, the parties stipulate as follows:

*///*

1

1. That Mr. Alvarez's sentencing date be continued from the currently scheduled date of July 9, 2018, to the new date of September 17, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd.

DATED: 5/16/18  /s/ Ross Pearson
Ross Pearson
Assistant U.S. Attorney

DATED: 5/16/18  /s/ Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Joseph Alvarez

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 9, 2018, is continued until September 17, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 21, 2018**

UNITED STATES DISTRICT JUDGE