RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Joseph Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:17-CR-00041 |
| *Plaintiff,* | ) ) | MOTION TO CONTINUE SENTENCING DATE; ORDER |
| v. | ) ) | |
| JOSEPH ALVAREZ, | ) ) | Hearing Date: 9/17/2018 Time: 10 a.m. |
| *Defendant.* | ) ) | Location: Fresno Division, CR 5 Judicial Officer: Hon. Dale A. Drozd |

To the above entitled District Court and the attorneys for the parties:

      Please take notice that on September 17, 2018, at 10 a.m., or as soon thereafter as may be heard in the above entitled court before the Honorable Dale A. Drozd, the defendant JOSEPH ALVAREZ ("Mr. Alvarez") will move and hereby does move to continue his currently scheduled sentencing date from September 17, 2018, to a new date no earlier than December of 2018, as is agreeable for the court and parties. The continuance is justified by good cause pursuant to Federal Rules of Criminal Procedure, rule 32, and Mr. Alvarez's right to due process and continuing right to fair trial at sentencing. (See U.S. Const. Amends. V, VI.)

    At the end of November 2018, Mr. Alvarez will complete the twelve-month residential phase of his treatment program at the Fresno Rescue Mission ("FRM") and will transition to the final six-month phase of the program where he lives in FRM's apartment-style housing and works in the community. (See Sentencing Memorandum, ECF 47, p. 1.) In anticipation of the final six-month phase of treatment, Mr. Alvarez is

1

working on a transition plan for FRM's approval. (See ibid.) Mr. Alvarez is relying on his successful treatment and readiness to reintegrate into the community as major mitigating factors as he makes the case for a mitigated sentence, including probation consideration. (See id., sec. I.D-E, pp. 8-10.) The modest continuance requested here is necessary so that Mr. Alvarez can confirm the major twelve-month milestone in his treatment and finalize his plan for living and working in the community.

A defendant is entitled to a continuance of his sentencing hearing based on a showing of good cause. (Fed. Rules Crim. Proc., rule 32(b)(2).) Rule 32 states that the "[t]he court may, for good cause, change any time limits prescribed . . . ." (Ibid.) Since sentencing hearings are recognized as a crucial stage in criminal proceedings, the court on a motion for continuance must consider the defendant's constitutional right to due process and continuing right to fair trial. (See United States v. Rosa (3rd Cir. 1989) 891 F.2d 1074, 1079.) The court in Rosa explained that "[t]he sentence imposed on a defendant is the most critical stage of criminal proceedings, and is, in effect, the 'bottom line' for the defendant, particularly where the defendant has pled guilty." (Ibid. [holding that rights under the Jencks Act apply at sentencing proceedings].)

For the reasons stated, the court should find good cause to continue Mr. Alvarez's sentencing hearing from the currently scheduled date of September 17, 2018, to a new date no earlier than December of 2018. Although the defense did meet and confer with the prosecution about the continuance here, the prosecution was not willing to agree to a stipulation, preferring instead to leave the matter to the court's discretion.

Dated: September 6, 2018

By: /s/ Richard M. Oberto
Richard M. Oberto
Attorney for the defendant,
Joseph Alvarez

RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Joseph Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:17-CR-00041 |
| *Plaintiff*, | ) ) ) | ORDER GRANTING CONTINUANCE OF SENTENCING HEARING |
| v. | ) ) | |
| JOSEPH ALVAREZ, | ) ) | |
| *Defendant*, | ) ) | |

**IT IS HEREBY ORDERED**, based on good cause showing, that the sentencing hearing in the above entitled action against the defendant JOSEPH ALVAREZ be continued from the currently scheduled date of September 17, 2018, to the new date of December 10, 2018, at 10 a.m., in Courtroom 5 of the Fresno Division, before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 10, 2018**

_____
UNITED STATES DISTRICT JUDGE

3