1 RICHARD M. OBERTO
ATTORNEY AT LAW
2 State Bar No. 247285
516 W. Shaw Ave., Ste. 200
3 Fresno, California 93704
Telephone: (559) 221-2557
4
Attorney for Defendant,
5 Joseph Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:17-CR-00041 DAD BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE; ORDER |
| v. ) | |
| ) | |
| JOSEPH ALVAREZ, ) | |
| ) | |
| *Defendant.* ) | |

To the above entitled district court and the attorneys for the parties:

Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant JOSEPH ALVAREZ ("Mr. Alvarez") from the currently scheduled date of December 10, 2018, to the new date of February 25, 2019, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds that both parties agree it is in the interests of justice to continue the sentencing hearing to the newly stipulated date.

The continuance here is to give Mr. Alvarez a reasonable opportunity to find employment and transition from his residential program at the Fresno Rescue Mission ("FRM") to FRM's apartment-style residences where he would pay for his housing and be more integrated into the community. Before Mr. Alvarez can make that transition, he would need to find a job and save enough money for first and last months' rent. To find a job, he would need authorization to leave FRM during the day to look for work. He will not have that authorization until on or very shortly after his completion of the twelve-

month residential phase of the program on November 28, 2018.  Once Mr. Alvarez finds a job, the defense estimates it will take him four to eight weeks to save money for first and last months' rent.

The stipulated continuance to February 25th should give Mr. Alvarez a reasonable opportunity to find employment and transition to FRM's apartment-style residences before his sentencing date.  That transition marks the final six-month phase of the overall eighteen-month program at FRM.  The defense views the transition as a landmark event in Mr. Alvarez's rehabilitation and crucial to his case at sentencing.

The parties agree that the continuance here is reasonable, necessary, and in the interests of justice.

For the reasons stated above, the parties stipulate as follows:

1.  That Mr. Alvarez's sentencing date be continued from the currently scheduled date of December 10, 2018, to the new date of February 25, 2019, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd.

DATED:  11/02/18                                    */s/ Ross Pearson*
                                                                 Ross Pearson
                                                                 Assistant U.S. Attorney


DATED:  11/02/18                                    */s/ Richard M. Oberto*
                                                                 RICHARD M. OBERTO
                                                                 Attorney for Defendant,
                                                                 Joseph Alvarez

## ORDER

**IT IS HEREBY ORDERED** for good cause showing that the sentencing date of the defendant JOSEPH ALVAREZ be continued from the currently scheduled date of December 10, 2018, to the new date of February 25, 2019, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **November 6, 2018**

_____
UNITED STATES DISTRICT JUDGE