# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America,**  )<br> )<br>v.  )<br> )<br>**Joseph V. Alvarez,**  )<br> )<br> )<br>**Defendant.**  )<br> )<br> )<br> )<br> ) | **REENTRY COURT PROGRAM**<br><br>**ORDER TO REDUCE PROBATION**<br>**FOR SUCCESSFUL COMPLETION**<br>**OF REENTRY COURT**<br>**(18 U.S.C. 3583(3)(1)**<br><br>Docket Number:   0972 1:17CR00041-001 |

On July 31, 2019, the defendant was accepted as a participant in the Reentry Court Program. As of July 29, 2020, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's Probation is to be reduced by one year, with a new termination date of July 7, 2023.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The Probation imposed on July 8, 2019, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

| August 28, 2020 | _/s/ Sheila K. Oberto_ |
|---|---|
| **Date** | **The Honorable Sheila K. Oberto**<br>**U.S. Magistrate Judge** |

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's Probation is reduced by one year, with a new termination date of July 7, 2023.

| August 28, 2020 | _/s/ Dale A. Drozd_ |
|---|---|
| **Date** | **The Honorable Dale A. Drozd**<br>**U.S. District Judge** |

cc    Defendant
       Assistant United States Attorney:   Ross Pearson
       Fresno Forfeiture Unit
       Defense Counsel:   Richard Oberto
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office